1

2

3

4

5

6

7
**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

8
* * *

9
UNITED STATES OF AMERICA,          )

10
                    Plaintiff,          )

11
vs.                                )          2:14-cr-00240-JCM-NJK-1

12
BRIAN WRIGHT,                      )

13
                    Defendant.         )          **ORDER**

14
_____)

15
            On July 2, 2014  the Federal Public Defender was appointed to represent Brian

16
Wright. The court has been advised that a conflict exists.

17
            Accordingly, IT IS HEREBY ORDERED that Thomas Ericsson, is APPOINTED as

18
counsel for Brian Wright in place of the Federal Public Defender for all future proceedings.

19
            The Federal Public Defender shall forward the file to Mr. Ericsson forthwith.

20

21
            DATED  this 21st day of August, 2014.

22

23
                                        _____

24
                                        NANCY J. KOPPE
                                        UNITED STATES MAGISTRATE  JUDGE

25

26

27

28