UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>BRIAN WRIGHT,<br><br>    Defendant. | 2:14-cr-00240-JCM-NJK<br><br>**ORDER** |

On August 21, 2014 Thomas A. Ericsson, Esq. was appointed to represent Brian Wright. The Court has been advised that a conflict exists.

Accordingly, IT IS HEREBY ORDERED that Jennifer Waldo, Esq., is APPOINTED as counsel for Brian Wright in place of Thomas A. Ericsson, Esq. for all future proceedings.

IT IS FURTHER ORDERED that Mr. Ericsson shall forward the file to Ms. Waldo forthwith.

DATED this 5th day of September, 2014.

NUNC PRO TUNC DATE: September 4, 2014

NANCY J. KOPPE
UNITED STATES DISTRICT JUDGE