1
2
3
4
5
6

7              **UNITED STATES DISTRICT COURT**

8                  **DISTRICT OF NEVADA**

9

10   UNITED STATES OF AMERICA,                    )          Case No. 2:14-cr-0240-JCM-NJK
                                                  )
11                        Plaintiff(s),           )          ORDER RE: MOTION TO
                                                  )          WITHDRAW
12   vs.                                          )
                                                  )          (Docket No. 38)
13   BRIAN WRIGHT,                                )
                                                  )
14                        Defendant(s).           )
     _____        )

15          Pending before the Court is Defendant's motion to dismiss counsel and appoint new counsel.

16   Docket No. 38.  The Court hereby **SETS** a hearing on the motion for January 7, 2015, at 10:00 a.m. in

17   Courtroom 3A.  Defendant and counsel must be present.

18          IT IS SO ORDERED.

19          DATED:   December 29, 2014.

20

21

22                                                _____
                                                  NANCY J. KOPPE
23                                                United States Magistrate Judge

24

25

26

27

28